**FILED**
DEC 2 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

## AFFIDAVIT OF PETITION FOR VIOLATION OF SUPERVISED RELEASE IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE JUDGE SCHENKIER |
| ) | |
| v. ) | **07CR 0865** |
| ) | |
| ANTHONY LEWIS ) | CASE NUMBER: _____ |

The undersigned Affiant personally appeared before <u>SIDNEY I. SCHENKIER</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at the <u>EASTERN DISTRICT OF MISSOURI</u>, one <u>ANTHONY LEWIS</u> was charged by petition with violation of the terms of his supervisory release in <u>UNITED STATES v. ANTHONY LEWIS</u>, 4:02CR00573 (E.D. Mo.) (Webber, J.), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant (*see* Exhibit A - Warrant for Arrest of Supervised Release and Petition for Warrant).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
JAMES BIALA
Deputy United States Marshal
United States Marshal's Service

Subscribed and Sworn to before me this
22nd day of December, 2007.

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

<u>AUSA KENNETH E. YEADON</u>

Bond set [or recommended] by issuing Court at _____

# EXHIBIT A

Prob 19
(8/88)

# United States District Court
## for the
## Eastern District of Missouri

U.S.A. vs Anthony Lewis            Docket No. 4:02CR00573 ERW

**TO: Any United States Marshal for the Eastern District of Missouri**

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named defendant and bring him, forthwith before the United States District Court to answer charges that he violated the conditions of his supervision imposed by the Court. |

| NAME OF DEFENDANT | | DATE |
|---|---|---|
| Anthony Lewis | | November 29, 2007 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

COPY
ORIGINAL ON FILE WITH
U.S. MARSHAL, EASTERN/MISSOURI

0844-1129-035LD

PROB 12C
(01/05)



# United States District Court
## for
## Eastern District of Missouri

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Lewis                           Case Number: 4:02CR00573 ERW

Name of Sentencing Judicial Officer:   The Honorable E. Richard Webber
                                        United States District Judge

Date of Original Sentence: July 9, 2003

Original Offense: Distributing Cocaine Base

Original Sentence: 30 month(s) prison, 36 month(s) supervised release. On January 25, 2007 offender was continued on supervised release for 35 months.

Type of Supervision: Term of Supv Rel            Date Supervision Commenced: March 13, 2005
                                                        Expiration Date: March 12, 2008

Assistant U.S. Attorney: Allison Behrens                  Defense Attorney: William Goldstein

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

### Violation Number

Condition #6: The defendant shall notify the probation officer ten days prior to any change in residence or employment.

Special Condition: The defendant shall participate in a drug or alcohol abuse treatment program approved by the United States Probation Office, which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, Residential Re-Entry Center, or inpatient treatment in a treatment center or hospital. The defendant shall pay for the costs associated with substance abuse services based on a co-payment fee established by the United States Probation Office. Co-payments shall never exceed the total cost of services provided.

ATTESTED COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
                    DEPUTY CLERK

PROB 12C
(12/98)

2

Anthony Lewis
4:02CR00573 ERW

### Nature of Noncompliance

Lewis failed to report to Gateway Free and Clean for drug testing on October 16, October 23, October 25, and October 29, 2007.

### Previous Violations

On September 19, 2006 a warrant was issued for Lewis due to failing to report to the Probation Office as directed, associating with a convicted felon and failing to report to Gateway Free and Clean for drug aftercare and mental health counseling. On January 25, 2007 he was continued on supervision.

On October 22, 2007, Lewis was cited for failing to report to Gateway Free and Clean, testing positive for opiates and cocaine and consuming alcohol.

U.S. Probation Officer Recommendation:

The term of supervision should be
  [X]  revoked.
  [ ]  extended for   years, for a total term of   years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-22-07

Approved,
by _____
Steven C. Lupo
Supervising U.S. Probation Officer
Date: 11/27/07

by _____
Troy L. Stewart
U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons   Appearance Date & Time:
[ ]  Other

_____
Signature of Judicial Officer

November 28, 2007
Date

J:\AutoForms\Probation\tls\forms\Lewis, Anthony\Lewis, Anthony #34012 (2) Prob12C.wpd