**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   es G. Woodward
   tates District Court
   omas F. Eagleton
   States Courthouse
   th Tenth Street
   , MO 63102-1116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ Rick Biggs                   ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Rick Biggs                        1-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   07cr865-1

Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0001 7313 6515

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**FILED**

JAN 29 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

FILED

JAN 29 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE, MO 621
25 JAN 08 PM 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box

  MICHAEL W. DOBBINS
  CLERK, U.S. DISTRICT COURT
  219 S. DEARBORN STREET
  CHICAGO, ILLINOIS 60604

RECEIVED
JAN 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT