

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

MICHAEL W. DOBBINS,        OFFICE OF THE CLERK
CLERK                      January 18, 2008

Mr. James G. Woodward
Clerk
United States District Court
3.300 Thomas F. Eagleton
  United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

FILED
JAN 31 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 31 2008

Re: USA  vs.  Anthony Lewis

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | | |
|---|---|---|---|
| _X_ | Docket Sheet, Case No.: 07 cr 865-1 | _X_ | Order of Removal dated: 12/22/07 |
| _X_ | Affidavit in Removal | ____ | Final Commitment Proceedings |
| ____ | Financial Affidavit | ____ | Temporary Commitment |
| _X_ | Order appointing counsel | ____ | Order setting conditions of release |
| ____ | CJA 20 Form | ____ | Detention Order |
| _X_ | Appearance form | ____ | Appearance Bond |
| | | _X_ | Other(see docket for entries): Minute order dated 12/22/07 |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _Yvette Pearson_
Yvette Pearson, Deputy Clerk